## PETITIONS TO REHEAR

LYLES v. CITY OF CHARLOTTE

No. 439PA95

Case below: 344 N.C. 676

Petition by plaintiff to rehear pursuant to Rule 31 denied 7 February 1997.

PROFESSIONAL LIABILITY CONSULTANTS v. TODD

No. 236A96

Case below: 345 N.C. 176

Petition by plaintiff to rehear pursuant to Rule 31 denied 7 February 1997.

STATE v. BOND

No. 143A95

Case below: 345 N.C. 1

Petition by defendant to rehear pursuant to Rule 31 denied 7 January 1997.